### AVELINO v. PEOPLE OF STATE OF CALIFORNIA.
#### Undocketed.

United States Court of Appeals
Ninth Circuit.

March 4, 1949.

William Walter Avelino, in pro. per., for appellant.

No other appearances were entered.

Before MATHEWS, HEALY, and ORR, Circuit Judges.

PER CURIAM.

Appellant, William Walter Avelino, filed a petition in the District Court, complaining of his detention by the warden of the California State Prison at Folsom, California, and praying for a writ of habeas corpus. The detention arose out of process issued by a State court of California. The District Court entered a final order denying the petition. Appellant has filed a notice of appeal and has applied to this court for leave to prosecute the appeal in forma pauperis. No certificate of probable cause has been issued. See 28 U.S.C.A. § 2253. Instead, the District Judge has certified that there is no probable cause. Therefore the application is denied.